WHITESIDES v. NEELY.

1. The ruling in *Floyd* v. *Perrin* (*ante*, 1), that township bonds are invalid, unauthorized, and void, and not valid subsisting obligations, reaffirmed.
2. Jurisdiction entertained by the Supreme Court of a controversy without action submitted to this court in the first instance, a question of injunction being involved.
3. Petition for rehearing refused.

This was a controversy submitted without action in the orig-

inal jurisdiction of this court, inquiring whether the defendant, county treasurer of York County, should be enjoined from paying out moneys collected by him to pay interest on bonds issued in behalf of Cherokee Township of that county in aid of the Charleston, Cincinnati & Chicago Railroad Company, under the act of December 19, 1883 (18 *Stat.*, 367), the plaintiff being a tax payer of Cherokee Township.

*Messrs. N. W. Hardin* and *S. McG. Simkins,* for plaintiff.

*Messrs. James F. Hart* and *D. S. Henderson,* contra.

November 30, 1888.    The opinion of the court, signed by the Chief Justice and Mr. Justice McIver, was delivered

PER CURIAM.  This was a controversy without action and submitted under an agreed statement of facts, in the original jurisdiction of this court.

It involves the same question as that recently determined in the case of *Jefferson Floyd et al.* v. *J. Wardlaw Perrin, Treasurer, ante* 1, to wit: the constitutionality of a township subscription to a railroad.  We think that the case of *Floyd et al.* v. *Perrin* controls this case.  It is therefore only necessary here to refer to that case as authority for our finding, that the bonds in question here are "invalid, unauthorized, and void," "and are not valid subsisting obligations of Cherokee Township, York County."    In pursuance of this finding,

It is ordered and adjudged, that the defendant, H. A. D. Neely, as county treasurer of York County, be perpetually enjoined and restrained from paying out any of the moneys now held by him under the levy mentioned in the proceedings, in payment of either interest or principal upon any bond issued by the county commissioners of York County for and on behalf of Cherokee Township, as a subscription to said railroad company, to wit, the Charleston, Cincinnati and Chicago Railroad Company.

Upon a petition for rehearing filed in this case, the following order was endorsed December 14, 1888 :

PER CURIAM. For the reasons stated in the case of Jefferson Floyd and others *v.* J. Wardlaw Perrin, county treasurer, on the petition for rehearing in that case, there is no ground upon which this petition can be sustained. It is therefore ordered that this petition be dismissed.